```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:12-cr-0038 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION RE: |
| | ) CONTINUANCE AND |
| | ) ORDER |
| JOSEPH EDWIN GABLE, | ) |
| Defendant. | ) |

Defendant JOSEPH EDWIN GABLE in the above-captioned matter, by and through his attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to continue the currently set status conference of February 27, 2012, before U.S. Magistrate Judge Dennis L. Beck to April 23, 2012, at 1 p.m., the currently set status conference of the co-defendants.

1

2. The parties stipulate that the continuance is necessitated by the defendant's need to review the voluminous discovery that the government has produced, review the government's plea offer, pursue plea negotiations, and conduct any necessary pretrial investigation in relation to this matter recently indicted on February 9, 2012.

DATED: February 22, 2012   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant U.S. Attorney

/s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Defendant
Joseph Edwin Gable

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current status conference hearing date of February 27, 2012, at 1:00 p.m., shall be continued to April 23, 2012, at 1:00 p.m. before U.S. Magistrate Judge Dennis L. Beck.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to review the voluminous discovery that the government has produced, review the government's plea offer, pursue plea negotiations, and conduct any necessary pretrial investigation in

relation to this recently indicted matter.

IT IS SO ORDERED.

Dated: **February 23, 2012**  **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE