```
 1  Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
 2  A Professional Corporation
    5412 North Palm Avenue, Suite 101
 3  Fresno, California 93704
    Telephone:(559) 431-9710
 4  Facsimile: (559) 431-4108
    E-mail: efogderude1@yahoo.com
 5
    Attorney for Defendant KEVIN EUGENE SPENCER, JR.
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CASE NO. 12 CR 00038- AWI
                                 )
12          Plaintiff,           )    STIPULATION AND ORDER TO
                                 )    MODIFY ORDER SETTING
13  vs.                          )    CONDITIONS OF RELEASE
                                 )
14                               )
    KEVIN EUGENE SPENCER, JE.    )
15                               )
            Defendants.          )
16  _____)
17
```

Defendant, KEVIN EUGENE SPENCER JR., by and through his attorney of record Eric K. Fogderude, and the United States of America, by that through its attorney of record Karen Escobar hereby stipulate that the Order Setting Conditions of Release for Kevin Eugene Spencer, Jr., ordered by the Honorable Carolyn K. Delany, U.S. Magistrate Judge of February 6, 2012, be modified to add a condition to allow Kevin Eugene Spencer, Jr. to participate in mental health counseling and pay for costs as approved by the Pretrial Services Officer. Pretrial Services Officer, Dan Stark is in agreement with the proposed modification.

///

---

U.S. vs. Spencer                                    Stipulation/ Order
Case No. 12-00038-7

All other conditions of release previously ordered shall remain in full force and effect.

Good cause exists for granting this modification.

DATED: March 21, 2012      FLETCHER & FOGDERUDE, Inc.

/s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant,
KEVIN EUGENE SPENCER, JR.

Dated: March   , 2012      McGREGOR W. SCOTT
United States Attorney

/s/ Karen Escobar

KAREN ESCOBAR
Assistant US Attorney

**ORDER**

GOOD CAUSE APPEARING, the previous Order Setting Conditions of Release is modified to allow Defendant KEVIN EUGENE SPENCER, JR. to participate in mental health counseling and pay for costs as approved by Pretrial Services Officer. All other terms and conditions of release previously entered shall remain in full force and effect.

IT IS SO ORDERED.

Dated:    March 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE