1 **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5 Attorney for Defendant, JOSEPH EDWIN GABLE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00038 AWI DLB |
|---|---|
| Plaintiff, | **ORDER RELIEVING COUNSEL** |
| v. | |
| JOSEPH EDWIN GABLE, | |
| Defendant. | |

The matter of the Motion To Be Relieved As Counsel came on regularly for hearing on June 13, 2012 at 1:30 p.m. before Honorable Gary Austin with all parties present.

Following a brief hearing and obtaining Defendant, JOSEPH EDWIN GABLE's lack of objection thereto;

**IT IS ORDERED** that Dale A. Blickenstaff is relieved as counsel for the Defendant, JOSEPH EDWIN GABLE in the above entitled matter.

IT IS SO ORDERED.

Dated: __June 20, 2012__       _____/s/ **Gary S. Austin**_____
                                                              UNITED STATES MAGISTRATE JUDGE