BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SPENCER,<br><br>Defendant. | CASE NO. Cr 1:12-cr-00038 AWI-DLB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, August 27, 2012, at 1:00 p.m.

2. By this stipulation, the government now moves to continue the status conference date, as to this defendant only, to September 4, 2012, at 10:00 a.m. for a change of plea and to exclude time between August 27, 2012, and September 4, 2012. Plaintiff concurs in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The parties need the time to and through September 4, 2012, to prepare, review, and execute a plea agreement.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2012, to September 4, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 21, 2012. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney


DATED: August 21, 2012.

/s/ Eric Fogderude_____
ERIC FOGDERUDE
Counsel for Defendant

IT IS SO ORDERED.

Dated: **August 23, 2012**    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE