| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY SERGIO KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ELGERON GRAVES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00038 AWI-DLB-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO EXTEND |
| v. | ) | SURRENDER DATE; ORDER THEREON |
| | ) | |
| ELGERON GRAVES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Elgeron Graves, by his attorney of record, Assistant Federal Defender, Jeremy S. Kroger, hereby moves the Court for a one-month continuance of his surrender date, presently set for December 13, 2012. Mr. Graves respectfully submits that this continuance is in the best interests of justice for the following reasons.

Mr. Graves is in the process of securing a loan on several items of property that he owns. The money from this loan will be used to support his wife and two daughters during his one-year incarceration. Because there is an IRS lien on the properties, he first must work with the IRS to subordinate the lien before the bank will issue a loan. He has already begun the process, but in his discussions with the IRS and with his bank, Mr. Graves is informed that the matter will not be concluded until early- to mid-January. He therefore requests that the Court continue his surrender date from December 13, 2012, to Monday, January 14, 2013, so that he can obtain the money needed to support his family during his incarceration.

Counsel for Mr. Graves has discussed this matter with AUSA Karen Escobar and is informed that the government does not oppose this brief continuance of Mr. Graves's surrender date.

DATED: November 9, 2012

DANIEL J. BRODERICK
Federal Defender

By /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorneys for Defendant
Elgeron Graves

## O R D E R

**IT IS SO ORDERED**. Elgeron Graves's surrender date is extended one month, from December 13, 2012, to **January 17, 2013**. Mr. Graves shall surrender for service of his sentence at the institution designated by the United States Bureau of Prisons before 2:00 p.m. on **Thursday, January 17, 2013**. All other conditions of his release shall remain in effect.

IT IS SO ORDERED.

Dated:   November 9, 2012

_____
UNITED STATES DISTRICT JUDGE