1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   GRANT RABENN
3  Assistant United States Attorneys
   2500 Tulare St., Suite 4401
4  Fresno, CA  93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4575

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              1:12-cr-0038 AWI

12                       Plaintiff,        STIPULATION REGARDING
                                           CONTINUANCE; [PROPOSED]
13          v.                             ORDER

14  VINCENT GRAVES,
    HERMAN GRAVES,
15  DAMONE KELLEY,  and
    CATATEA JAMES,
16
                         Defendants.
17

18              **STIPULATION RE: CONTINUANCE**

19       Plaintiff United States of America, by and through its counsel of record, and defendants, by

20  and through their counsel of record, hereby stipulate as follows:

21       1.      By previous order, this matter was set for the filing of motions in limine on March 4

22  and responses to any motions in limine on March 12, 2013.

23

24       2.      By this stipulation, in light of the continued trial date, the parties now move to

25  continue the filing of motions in limine to April 3 and the filing of any responses to April 17 and

26  agree to keep the current trial confirmation date/ hearing on in limine motions of April 29 at 10 a.m.

27  ////

28
                                           1

IT IS SO STIPULATED.

DATED:          February 20, 2013.          Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            GRANT RABENN
                                            Assistant United States Attorney


                                            /s/ Karen A. Escobar_____
                                            KAREN A. ESCOBAR
                                            Assistant United States Attorney
DATED:          February 20, 2013.


                                            /s/ John Garland_____
                                            JOHN GARLAND
                                            Counsel for Defendant Vincent Graves

DATED:          February 20, 2013.


                                            /s/ Daniel Harralson
                                            DANIEL HARRALSON
                                            Counsel for Defendant Herman Graves


DATED:          February 20, 2013.


                                            /s/ Carl Faller_____
                                            CARL FALLER
                                            Counsel for Defendant Damone Kelley

DATED:          February 20, 2013.


                                            /s/ Anthony Capozzi_____
                                            ANTHONY CAPOZZI
                                            Counsel for Defendant Catatea James



IT IS SO ORDERED.

Dated:   February 20, 2013          _____
                                            SENIOR  DISTRICT  JUDGE