1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
GRANT RABENN
3 | Assistant United States Attorneys
2500 Tulare St., Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4575

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-0038 AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| v. | |
| VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, and CATATEA JAMES, | |
| Defendants. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 14, 2013, at 8:30 a.m. and trial confirmation on April 29, 2013, at 10 a.m.

2. By this stipulation, the parties now move to continue the trial to September 10, 2013, at 8:30 a.m. and trial confirmation on August 26, 2013, at 10:00 a.m. and to exclude time between May 14, 2013, and September 10, 2013. It is further requested that the date for filing in limine motions be continued from April 2 to July 30 and the filing of any responses to in limine motions be

1

continued from April 17 to August 14.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    A critical and essential witness for the government has died.  In conducting follow up investigation, the government has located additional essential witnesses; however, one of those witnesses, a law enforcement officer, has prescheduled annual leave during the currently scheduled trial date.  In addition, the government's attorney has reviewed the files of that law enforcement officer, who conducted a parallel investigation of recipients of drug shipments by transporters of defendant Joseph Gable's drug trafficking organization, including some of the above-named defendants.  The government's attorney has found new material in those files that are subject to discovery and is in the process of sending that material to the defense in supplemental discovery. Defense counsel needs sufficient time to review the supplemental material.   The government will also provide redacted copies of the reports of interview of the new percipient witness, as soon as the federal case agent completes the report. Counsel for the government and defense have varying scheduling conflicts and are not available for trial until September 10.

    b.    Counsel for the government and the defendants believe that failure to grant the above-requested continuance would deny them availability of counsel and reasonable time necessary for effective potential resolution, further investigation and trial preparation, taking into account the exercise of due diligence.

    c.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14,  2013, to September 10, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from

a continuance granted by the Court at the request of counsel for the government and defense on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and would ensure continuity of counsel.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 26, 2013.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
GRANT RABENN
Assistant United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 26. 2013.

/s/ John Garland
JOHN GARLAND
Counsel for Defendant Vincent Graves

DATED: March 26. 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

DATED: March 26, 2013.

/s/ Carl Faller
CARL FALLER
Counsel for Defendant Damone Kelley

DATED: March 26, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

**O R D E R**

IT IS SO ORDERED.

Dated: March 27, 2013

_____
SENIOR DISTRICT JUDGE