| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BENJAMIN B. WAGNER<br>United States Attorney<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>2500 Tulare St., Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575<br><br>Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN EUGENE SPENCER, JR.,<br><br>Defendant, | CASE NO. Cr 1:12-cr-00038 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 29, 2013, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing date to October 7, 2013, at 10 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a. The continuance is necessary to effectuate the terms of the plea agreement.

////

////

////

1

IT IS SO STIPULATED.

DATED: March 27, 2013.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 27, 2013.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: March 28, 2013          _____
                                SENIOR DISTRICT JUDGE