| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00038 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | AMENDED STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER |
| CATATEA JAMES, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on August 26, 2013, at 10:00 a.m. and trial on September 10, 2013.

2. By this stipulation, the parties now move to set the matter for a change of plea on Monday, July 22, 2013, at 10 a.m. A memorandum of plea agreement has been signed by the parties and filed.

////

////

////

1

IT IS SO STIPULATED.

DATED: July 16, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 16, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

**O R D E R**

IT IS SO ORDERED.

Dated: July 17, 2013

_____
SENIOR DISTRICT JUDGE

2