| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BENJAMIN B. WAGNER<br>United States Attorney<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>2500 Tulare St., Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575<br><br>Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VINCENT GRAVES,<br>HERMAN GRAVES, and<br>DAMONE KELLEY,<br><br>　　　　　　　Defendants. | CASE NO. Cr 1:12-cr-00038 AWI-BAM<br><br>STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on August 26, 2013, at 10:00 a.m. and trial on September 10, 2013.

2. By this stipulation, the parties now move to set the matter for a change of plea on Monday, July 29, 2013, at 10 a.m. As to Defendant Damone Kelley, Counsel Carl Faller would request that his matter be placed at the beginning of the calendar, since he has a court appearance in Bakersfield in the early afternoon.

1

IT IS SO STIPULATED.

DATED: July 21, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 21, 2013.

/s/ John Garland
JOHN GARLAND
Counsel for Defendant Vincent Graves

DATED: July 21, 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

DATED: July 21, 2013.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

**O R D E R**

IT IS SO ORDERED.

Dated: July 22, 2013

_____
SENIOR DISTRICT JUDGE

2