BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00038 AWI-BAM |
| Plaintiff, | STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER |
| v. | |
| DAMONE KELLEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on July 29, 2013, at 10:00.

2. By this stipulation, the parties now move to set the matter for a change of plea on Monday, August 26, 2013, at 10 a.m. Counsel Carl Faller is now unavailable for the July 29 hearing, due to an unforeseen matter in a Bakersfield court. He indicated he would provide the plea agreement to the government's attorney on Thursday, July 25, and assures the government that his client will enter a change of plea on August 26.

////

1

IT IS SO STIPULATED.

DATED: July 24, 2013.    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 24, 2013.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

**O R D E R**

IT IS SO ORDERED.

Dated: July 25, 2013                    _____

SENIOR DISTRICT JUDGE