BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMONE KELLEY,<br><br>Defendant. | CASE NO. Cr 1:12-cr-00038 AWI-BAM<br><br>STIPULATION REGARDING VACATING TRIAL DATE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on August 26, 2013, at 10 a.m. The parties have signed and filed a plea agreement. Counsel Carl Faller is not available until August 26 for the change of plea.

2. The parties anticipate a change of plea on August 26; however, out of an abundance of caution, the parties agree to vacate the trial date of September 10, 2013, to avoid the expenditure of resources. Further, an essential government witness who must travel from Alabama is unavailable due to a medical condition.

1

IT IS SO STIPULATED.

DATED: August 6, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 6, 2013.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

**O R D E R**

IT IS SO ORDERED.

Dated: August 6, 2013

SENIOR DISTRICT JUDGE