ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
CATATEA JAMES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00038-6 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| CATATEA JAMES, | ) Date: October 8, 2013 |
| | ) Time: 10:00 am |
| Defendant. | ) Hon. Anthony W. Ishii |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 8, 2013, at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **October 15, 2013, at 10:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Court is unavailable on October 7, 2013, for sentencing and has therefore continued Defendant's sentencing to October 8, 2013, at 10:00 a.m.

b. Defense counsel is unavailable on October 8, 2013, due to a previously scheduled hearing. Defense Counsel will be appearing on *People v. Manjinder Shergill*, Case No. 1447391, in Stanislaus County Superior Court at 8:30 a.m.

　　　　c. The government does not object to the continuance.

IT IS SO STIPULATED.

DATED: October 3, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Anthony P. Capozzi*
　　　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　　　　　Attorney for, CATATEA JAMES

Dated: October 3, 2013　　　　　　　　*/s/ Karen A. Escobar*
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

### **ORDER**

　　For reasons set forth above, the continuance requested by the parties is granted.

　　**IT IS ORDERED** that the Sentencing currently scheduled for October 8, 2013, at 10:00 a.m. is continued to **October 15, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:　October 3, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE