| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMAN GRAVES,<br><br>Defendant. | CASE NO. Cr 1:12-cr-00038 AWI-BAM<br><br><u>STIPULATION REGARDING CONTINUANCE FOR SENTENCING; ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was moved from October 7 to October 8 for sentencing.

2. By this stipulation, the parties now move to continue the matter to October 15, 2013, at 10 a.m., because counsel for Defendant Herman Graves has a pre-scheduled deposition set for October 8.

IT IS SO STIPULATED.

DATED: October 4, 2013.  Respectfully submitted,

1

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 4, 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

**O R D E R**

IT IS SO ORDERED.

Dated: October 8, 2013

SENIOR DISTRICT JUDGE

2