CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:12-cr-0038 AWI |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING |
| vs. | ) |
| | ) |
| DAMONE KELLEY, | ) |
| | ) |
| Defendant. | ) |

Defendant Damone Kelley, by and through his attorney of record, Carl M. Faller, and

plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner,

United States Attorney, and Karen A. Escobar, Assistant U.S. Attorney, hereby agree and

stipulate as follows:

This matter is currently set for sentencing on November 18, 2013 at 10:00 am. The

parties request that the matter be continued until December 16, 2013 at 10:00 am.  The reason for

this request is that defense counsel needs additional time to compile materials and to file the

necessary memoranda in support of defendant's sentencing position.  This is necessary because

of technological issues at defense counsel's office as well as a hearing brief in an major

administrative proceeding, which is due on November 15, 2013.

///

///

///

Based on the above, it is respectfully requested that the sentencing hearing be continued December 16, 2013 at 10:00 am.

Dated:  November 13, 2013     /s/Carl M. Faller
                   CARL M. FALLER
                   Attorney for Defendant

                   BENJAMIN B. WAGNER
                   United States Attorney

Dated:  November 13, 2013    By /s/Karen A. Escobar
                   KAREN A. ESCOBAR
                   Assistant U.S. Attorney
                   Attorney for United States of America

ORDER:

IT IS ORDERED that the sentencing hearing currently scheduled for November 18, 2012 at 10:00 am, be continued until December 16, 2013 at 10:00 am.

IT IS SO ORDERED.

Dated:   November 13, 2013               
          SENIOR  DISTRICT  JUDGE